| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LANITA RACHELLE FIELDS | DOCKET NO.<br><br>**09-1779M** |

Complaint for violation of Title 18, United States Code §§ 371, 2113(a)(d)(e), 924(c)

| NAME OF MAGISTRATE JUDGE<br>Honorable Paul L. Abrams | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br><br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>February 6, 2008 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**See Attachment**

LODGED
2009 AUG 13 AM 10: 54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

FILED
CLERK, U.S. ___
AUG 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Peter A. Taglioretti |
|---|---|
| | OFFICIAL TITLE<br>Special Agent - FBI |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br>August 13, 2009 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54
AUSA Andrew Brown, 14th Flr (x0102)    REC: Detention    **WARRANT**

### Count One

Beginning on an unknown date and continuing to on or after February 6, 2008, in Los Angeles County, within the Central District of California, defendant LANITA RACHELLE FIELDS and others knowingly and willfully conspired and agreed with each other to commit bank robbery, in violation of Title 18, United States Code, Section 2113(a). In furtherance of that conspiracy, on February 6, 2008, defendant drove her co-conspirators away from the Vons Employees Federal Credit Union after they robbed it and while one of them shot at a security guard who followed them.

### Count Two

On or about on February 6, 2008, in Los Angeles County, within the Central District of California, defendant LANITA RACHELLE FIELDS, by force, violence, and intimidation, knowingly took from the person and presence of another approximately $5,095 belonging to and in the care, custody, control, management, and possession of Vons Employees Federal Credit Union, 12801 Excelsior Road, Santa Fe Springs, California, a credit union the deposits of which were then insured by the National Credit Union Administration.

In committing said offense, defendant assaulted and put in jeopardy the life of victim tellers and others by using a handgun, a dangerous weapon and device.

In committing said offense, defendant knowingly forced the branch manager to accompany defendant from outside the credit union into the credit union without the branch manager's consent.

### Count Three

On or about on February 6, 2008, in Los Angeles County, within the Central District of California, defendant LANITA RACHELLE FIELDS knowingly used and carried a firearm, namely, a handgun, during and in relation to a crime of violence, namely, the bank robbery alleged above, in violation of Title 18, United States Code, Sections 2113(a)(d)(e) and, in so doing, brandished and discharged that firearm.

A F F I D A V I T

I, Peter A. Taglioretti, being duly sworn and under oath, hereby depose and say:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") assigned to the West Covina Resident Agency of the Los Angeles Division. I have been employed with the FBI as an SA since 1991. I have investigated over approximately 1,000 bank robberies during that time.

2. This affidavit is made in support of a criminal complaint and arrest warrant against LANITA RACHELLE FIELDS ("FIELDS") for conspiracy to commit bank robbery, in violation of Title 18, United States Code, Section 371; armed bank robbery with forced accompaniment, in violation of Title 18, United States Code, Section 2113(a), (d), and (e); and use or carrying a firearm during a crime of violence, in violation of Title 18, United States Code, Section 924(c), of the robbery of the Vons Employees Federal Credit Union, 12801 Excelsior Road, Santa Fe Springs, California, on February 6, 2008.

3. The information set forth in this affidavit is based upon my participation in the investigation, encompassing my personal knowledge, observations and experience, as well as information obtained from my review of investigative reports, and interviews and debriefings with other participating law enforcement agents and officers. As this affidavit is being

1

submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that LANITA RACHELLE FIELDS has violated Title 18, United States Code, Sections 371, 2113(a) and (d), and 924(c).

**FACTS ESTABLISHING PROBABLE CAUSE:**

4. Based upon my review of investigative reports and interviews with bank employees, concerned citizens, and investigating law enforcement officers, I learned the following:

    a. On or about February 6, 2008, at approximately 10:00 a.m., three robbers entered and robbed the Vons Employees Federal Credit Union, located at 12801 Excelsior Road, Sante Fe Springs, California, of approximately $5,095.00. B.W., branch manager, noticed a Black male approach the credit union carrying a FEDEX delivery box. B.W. asked the male if she could help him and opened the door to the credit union. B.W. told the male she had a pen so she could sign for the package.

    b. B.W. handed the male her pen as he was looking for his own pen. The male robber started pushing B.W. with the FEDEX box backwards into the credit union. At this time, B.W. observed a silver PT Cruiser pulling up in front of the credit union. The driver was a Black female and there was a Black male passenger.

2

B.W. struggled with the male "FEDEX" robber at the doorway. She told the robber that she wanted to see her car outside in the parking lot. The robber told her, "You don't want to do that." B.W. then pushed the robber with her head into his chest out the door. The robber then turned B.W. around and slammed B.W.'s head. B.W. was pushed into the credit union falling hard onto the ground.

   c. B.W. then observed a second robber with a gun. This robber entered the credit union and approached her coworker working at window number two. The robber that posed as the FEDEX person then said two times, "Lets go, they're coming!" B.W. then said two times, "Just go, they're coming!" As the robber with the gun exited the credit union he pointed his gun at B.W.

   d. R.M., security guard, was in his vehicle when he observed a struggle between a Black male and another adult at the credit union door. R.M. yelled "Hey, what are you doing?" twice. R.M. heard a scream and saw a Black female driving a silver PT Cruiser in front of the credit union. R.M. saw three Black males exit the credit union. R.M. saw two Black males enter the PT Cruiser. One Black male had a gun in his right hand and pointed it at R.M. R.M. followed the PT Cruiser as it escaped from the credit union carrying three Black males and one Black female driver. One of the Black males leaned out of the left rear of

the vehicle and fired several shots at R.M. The PT Cruiser then stopped at approximately 15119 Lancelot Street, Norwalk, California. The three Black males exited the vehicle and R.M. saw them jump a fence and escape. The PT Cruiser then drove by R.M as the Cruiser fled the area and R.M. saw the Black female driver up close.

   e. R.M. observed the license plate of the PT Cruiser and described the plate number as 6???636. The three letters in middle of the license plate could have been a combination of the letters PGB or CJB or CPB, or something similar. R.M. described the PT Cruiser as a newer silver PT Cruiser with stock rims. R.M. described the female driver as a Black female with a chubby face and heavy set physique.

   f. Prior to the bank robbery, a concerned citizen, S.M. was walking on Excelsior Drive, in front of the Von's Distribution Center when he saw two Black males in a maroon Buick sedan looking at him as the Buick drove back and forth on Excelsior Drive, finally dropping off the front passenger in front of the entrance to the Von's Distribution Center, where the credit union is located. The front passenger was armed with a black 9mm pistol in his left hand and carried a small beige money bag under his right arm. S.M. saw the passenger went to the door of the credit union and approximately 20 seconds later, jumped over a railing and entered a four door silver PT Cruiser parked

in the credit union parking lot. The PT Cruiser pulled out of the parking lot and drove west on Excelsior Drive.

  f. The Vons Employees Federal Credit Union is insured by the National Credit Union Administration.

  5. On May 11, 2009, I requested a query from the California Department of Motor Vehicles of all PT Cruisers registered in California with license plate numbers ending in number ---636, from January 1, 2007, to May 11, 2009.

  6. On May 12, 2009, I received a list of PT Cruisers from the California Department of Motor Vehicles.

  7. On May 12, 2009, I reviewed surveillance photographs taken of the parking lot from the Vons Employees Federal Credit Union on February 6, 2008. In several of the photographs, a silver PT Cruiser can be observed entering the parking lot at 10:01 a.m., the time of the robbery. I observed the front license plate of the PT Cruiser and examined the front license plate with a magnifying glass. I could see the plate number 6?AJ636. The photograph also showed the Cruiser contained a moon roof and stock rims.

  8. On May 12, 2009, I reviewed the list of PT Cruisers and discovered one license plate with the number and letter combination of 6?AJ636. The license plate number was listed as 6BAJ636 and the registered owner was listed as LANITA RACHELLE FIELDS.

9. On May 13, 2009, I contacted the National Insurance Crime Bureau and requested the color of the PT Cruiser through the Vehicle Identification Number identified with license plate number 6BAJ636. The color of the PT Cruiser was described as silver, the same color as described by civilian witness R.M.

10. On May 27, 2009, I obtained a certified California Department of Motor Vehicle photograph of LANITA RACELLE FIELDS and placed the photograph in position number five of a six pac photo display. FIELDS is described as a Black female, approximately 5'6" in height and 173 pounds, with a large build.

11. On June 23, 2009, I showed R.M. the photo display with FIELDS in position number five. R.M. positively identified FIELDS as the female getaway driver from the Vons Employees Federal Credit Union.

12. On June 25, 2009, I located the silver PT Cruiser with license plate number 6BAJ636 in a repossession yard in Hawthorne, California. The Cruiser had been repossessed from FIELDS on May 29, 2009, for non-payment. I compared the surveillance photographs of the PT Cruiser from the robbery to the PT Cruiser in the repossession yard. The PT Cruiser in the photographs matched the Cruiser in the yard and contained the same color, moon roof and stock rims as the Cruiser in the photographs.

13. Based on the foregoing facts, and on my training and experience, I believe there is probable cause to believe that

LANITA RACHELLE FIELDS violated Title 18, United States Code, Sections 371, 2113(a), (d) and (e), and 924(c).

                                                  Peter A. Taglioretti
                                                  Special Agent - FBI

Subscribed and sworn to before me this __13__ day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

7